**No. 54367.**—R. H. Macy & Co., Inc. *v.* United States, protest 114921–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of catchers' gloves and fielders' gloves the same in all material respects as those passed upon in *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.